HEWLETT, DENNIS & WHITMAN *v.* PIEDMONT PORTLAND CEMENT
·COMPANY *et al.*

HILL, J.   While some of the evidence in this case was of doubtful ad-
missibility, yet, under the pleadings and the evidence which was unex-
cepted to, the court did not abuse its discretion in denying and disal-
lowing the attorney's fees sought to be recovered by the intervenors,
and a new trial is not required. · See *Coffee* v. *Dunagan,* 141 *Ga.* 564
(81 S. E. 880).          *Judgment affirmed. All the Justices concur.*
          JUNE 15, 1917.

Equitable petition—intervention.   Before Judge Ellis.   Fulton
superior court.   August 4, 1916.

*Hewlett & Dennis* and *Reynolds & Whitman,* for plaintiffs in
error.

*Candler, Thomson & Hirsch, ʻHarrison Jones, Holbrook & Cor-
bett, J. L. Anderson, C. N. Anderson, Payne & Jones, Moore &
Pomeroy, Frank Carter* and *W. G. Loving,* contra.